JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

KETAN RAMESHKUMAR PATEL and ARTY KETAN PATEL,

Plaintiff,

v.

CARRIE M. SELBY, in her official capacity as Director of United States Citizenship and Immigration Services California Service Center; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES CALIFORNIA SERVICE CENTER; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

Case No. 8:26-cv-00055-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 19]" filed on or about August 31, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants Carrie M. Selby, Joseph B. Edlow, the United States Citizenship and Immigration Services ("USCIS"), and USCIS California Service Center shall have **JUDGMENT** in their favor, and against Plaintiffs Ketan Rameshkumar Patel and Arty Ketan Patel. Plaintiffs shall take nothing by way of their Amended Complaint. This action is **DISMISSED**.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 8, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE